ANTONIO PERTUSIELLO et al., Respondents, *v.* JOSEPH IADICICCO et al., Appellants.

(Argued November 24, 1930; decided January 6, 1931.)

*Jerome R. McDougal* for appellants.

*Frederick W. Ritter* and *Henry Koch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.